AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

James Oliveira, et al

v.

First Residential Mortgage Network, Inc. et al.

APPEARANCE

CASE NUMBER: 06-214 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Countrywide Home Mortgage

I certify that I am admitted to practice in this court.

5/11/06
*Date*

[signature]
*Signature*

Lisa M. Martinelli #6350
*Print Name* *Bar Number*

Partridge Snow & Hahn LLP
180 South Main St.
*Address*

Providence RI 02903
*City* *State* *Zip Code*

(401) 861-8200 (401) 861-8210
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.