# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JAMES OLIVEIRA and
MARIA deOLIVEIRA,
Plaintiffs

v.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., COUNTRYWIDE HOME LOANS, INC., and DB STRUCTURED PRODUCTS, INC.,
Defendants

C.A. No. 06-214 ML

## ORDER

This matter came on for hearing before the Honorable Mary M. Lisi on May 11, 2006 on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction to prevent Defendant Countrywide Home Loans, Inc. from selling Plaintiffs' property located at 56 Greene Street, Pawtucket, Rhode Island at a foreclosure sale scheduled for May 16, 2006. After hearing thereon it is hereby,

**ORDERED ADJUDGED AND DECREED**

1. Plaintiffs' Motion for a Temporary Restraining Order is hereby DENIED.

ENTERED as an Order of this Court, this 12th day of May, 2006.

ENTER:

Mary M. Lisi
The Honorable Mary M. Lisi
United States District Court Judge

PER ORDER:

Barbara Barletta
Clerk

Presented by:

COUNTRYWIDE HOME LOANS, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Lisa M. Martinelli (#6350)
Catherine V. Eastwood (#6406)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: May 11, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ORDER was sent by first class mail, and certified mail, return receipt requested on the 11th day of May, 2006 to:

James Oliveira
56 Greene Street
Pawtucket, RI 02860

Maria deOliveira
56 Greene Street
Pawtucket, RI 02860

856114_1