James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| James Oliveira,<br>Maria deOliveira,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | Case No.: **1:06-cv-00214-ML-DLM**<br><br>**MOTION FOR RECONSIDERATION OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

1. Plaintiffs timely file "MOTION FOR RECONSIDERATION OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION" and request the Court to reconsider plaintiffs motion for temporary restraining order and preliminary injunction in the above captioned matter pending resolution of plaintiff VERIFIED COMPLAINT on the basis of: a) substantial hardship, b) in order to prevent an injustice and c) on information submitted to the Court by Declaration of James Oliveira of Specific Negative Averment.

2. I am the primary caregiver for co-defendant, Maria deOliveira (my 76 year old mother). She is in poor health and it would create substantial hardship for her to be displaced and forcibly evicted prior to her complaint being fully adjudicated.

Executed on this 14th day of May, 2006,

James Oliveira, Plaintiff

James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| James Oliveira,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | Case No.: **1:06-cv-00214-ML-DLM**<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, being over eighteen years of age, hereby certify that on the date last written below, a true and correct copy of:

**MOTION FOR RECONSIDERATION OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

was served on the following Defendants:

Countrywide Home Loans, Inc.
c/oPARTRIDGE SNOW & HAHN, LLP ***BY TELEPHONE FASCIMILLE***
Lisa M. Martinelli ***FASCIMILLE AND ONE HOUR COURIER***
Charles A. Lovell
180 South Main Street
Providence, RI 02903
(401) 861-8200 Phone:
(401) 861-8210 Fax:

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC.
C/O CT CORPORATION SYSTEM
1 WEYBOSSET STREET

PROVIDENCE, RI 02903

Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.
C/O PRENTICE_HALL CORP SYSTEM
222 JEFFERSON BOULEVARD, SUITE 200
WARWICK, RI 02888

DB Structured Products, Inc.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

by:

_________OVERNIGHT COURIER, FedEx, Express Mail, UPS, or other
____X___United States Postal Service, ordinary first class mail
_________United States Postal Service, certified or registered mail, return receipt req.
_________Hand delivery
____X____Telephone Facsimile (when facsimile number available)
_________other (specify) ____________________________

Dated: May 14th , 2006

/s/ James Oliveira
James Oliveira

James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION CONCLUSIONS OF LAW TO SUPPORT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| James Oliveira,<br>Maria deOliveira,<br><br>Plaintiffs,<br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | Case No.: **1:06-cv-00214-ML-DLM**<br><br>**FINDINGS OF FACT**<br>**AND**<br>**CONCLUSIONS OF LAW DEMAND**<br><br>**TO SUPPORT ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>[ Pursuant to Federal Rules Civil Procedure No. 52 ] |

1. In accordance with Federal Rules Civil Procedure 52, Plaintiffs hereby timely file "FINDINGS OF FACT AND CONCLUSIONS OF LAW DEMAND TO SUPPORT ORDER DENYING PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION". Plaintiffs hereby demand The Honorable Mary M. Lisi, United Stated District Court Judge, for the District of Providence Rhode Island, prepare and serve upon Plaintiffs Findings of Fact and Conclusions of Law to support Order signed on May 12, 2006 denying Plaintiff's emergency motion for temporary restraining order and

preliminary injunction pending resolution of **VERIFIED COMPLAINT** filed by Plaintiffs on May 9, 2006 in the above caption matter **prior** to completion of foreclosure sale by Defendant Countrywide Home Loans, Inc. by and through the law firm PARTRIDGE SNOW & HAHN, LLP, scheduled for May 16, 2006, as in the nature of and as outlined:

## Rule 52. Findings by the Court; Judgment on Partial Findings

### (a) Effect.

In all actions tried upon the facts without a jury or with an advisory jury, the court shall find the facts specially and state separately its conclusions of law thereon, and judgment shall be entered pursuant to Rule 58; and in granting or refusing interlocutory injunctions the court shall similarly set forth the findings of fact and conclusions of law which constitute the grounds of its action. ...

### b) Amendment.

On a party's motion filed no later than 10 days after entry of judgment, the court may amend its ...

Executed on this 14th day of May, 2006

James Oliveira, Plaintiff

Executed on this 14th day of May, 2006,

Maria de Oliveira, Plaintiff

James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

James Oliveira, ) Case No.: **1:06-cv-00214-ML-DLM**

Plaintiff,

vs. **CERTIFICATE OF SERVICE**

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,

Defendants.

I, the undersigned, being over eighteen years of age, hereby certify that on the date last written below, a true and correct copy of:

**FINDINGS OF FACT AND CONCLUSIONS OF LAW DEMAND TO SUPPORT ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

was served on the following Defendants:

Countrywide Home Loans, Inc.
c/oPARTRIDGE SNOW & HAHN, LLP ***BY TELEPHONE FASCIMILLE***
Lisa M. Martinelli ***FASCIMILLE AND ONE HOUR COURIER***
Charles A. Lovell
180 South Main Street
Providence, RI 02903
(401) 861-8200 Phone:
(401) 861-8210 Fax:

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC.
C/O CT CORPORATION SYSTEM
1 WEYBOSSET STREET

PROVIDENCE, RI 02903

Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.
C/O PRENTICE_HALL CORP SYSTEM
222 JEFFERSON BOULEVARD, SUITE 200
WARWICK, RI 02888

DB Structured Products, Inc.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

by:

_________OVERNIGHT COURIER, FedEx, Express Mail, UPS, or other
____X___ United States Postal Service, ordinary first class mail
_________United States Postal Service, certified or registered mail, return receipt req.
_________Hand delivery
____X____Telephone Facsimile (when facsimile number available)
_________other (specify) ____________________________

Dated: May 14 , 2006

/s/ James Oliveira
James Oliveira