James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| James Oliveira,<br>Maria deOliveira,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | Case No.: **1:06-cv-00214-ML-DLM**<br><br>**DECLARATION OF JAMES OLIVEIRA**<br>**OF**<br>**SPECIFIC NEGATIVE AVERMENT**<br><br>[ Pursuant to Federal Rules Civil Procedure No. 9 ] |

1. I, James Oliveira, hereby declare:

2. I have attempted to locate the signed oath of office for Judge Mary M. Lisi; and have been unable to locate said oath, therefore believe none exist and that she is acting in her personal capacity.

3. I have attempted to ascertain whether or not Judge Mary M. Lisi has a Surety Bond covering her actions dba as "Judge", and having been unable to locate said bond, therefore believe none exist and that she is acting in her personal capacity.

4. I have attempted to locate an Appointment of Office of Judge for a Mary M. Lisi and have been unable to locate said appointment, and therefore believe none exist and that she is acting in her personal capacity.

5. I believe that Mary M. Lisi has a direct or indirect interest DEUTSCHE BANK d.b.a. DB STRUCTURED PRODUCTS, INC., JP MORGAN BANK, JP MORGAN CHASE BANK, COUNTRYWIDE HOME LOANS, INC., THE RHODE ISLAND BAR ASSOCIATION, or other financial interest in the outcome of the above captioned matter and therefore I believe cannot adjudicate with impartiality or fairness.

6. In observing body language, i.e., eye contact between Mary M. Lisi and Attorney Lisa M. Martinelli at the hearing on May 11, 2006, believe Mary M. Lisi is prejudiced against *pro se* litigants and therefore I believe cannot adjudicate the above captioned matter with impartiality or fairness.

7. I have attempted to locate the Application of Lisa M. Martinelli, or authorization granting permission, to practice law in the Federal Court and have been unable to locate an application therefore believe none exist and that she is not authorized to practice in Federal Courts.

8. I have attempted to locate the signed oath of Lisa M. Martinelli and have been unable to locate an oath therefore believe none exist.

9. I have attempted to locate the Surety Bond for Lisa M. Martinelli and have been unable to locate a surety bond, or any other form of insurance bond, and therefore believe none exist and that she is acting in her personal capacity.

10. I have not been provided a copy of the Contract or Agreement between Defendant Countrywide Home Loans, Inc. and Lisa M. Martinelli, or Partridge Snow & Hahn LLP or any other authority with would authorize Martinelli or Partridge Snow & Hahn LLP to conduct a foreclosure sale of Plaintiff's home and therefore believe none exist.

11. I was not served a Corporate Disclosure Statement for Countrywide Home Loans Inc. prior to or with their initial appearance, or Notice of Appearance and therefore believe that Lisa M. Martinelli's appearance was not in accordance with Federal Rules of Civil Procedure and is not in existence in the record; and therefore Martinelli's Notice of Appearance, and oral objection to Plaintiff's emergency motion for temporary restraining order and preliminary injunction should be stricken from the record.

12. I have researched whether or not Countrywide Home Loans, Inc. has any beneficial interest, investment interest, direct or indirect interest, legal interest, equitable interest, *in rem* mortgage interest, legal interest, real interest, secured interest, recorded interest, successor interest, ownership interest, initial interest, monetary interest, dollars invested, money invested, beneficiary interest, nominee interest, chain of title interest, or any other form of interest which would grant Countrywide standing to foreclose and therefore believe none exist.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of May, 2006,

James Oliveira

James Oliveira, Plaintiff

James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| James Oliveira,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | ) Case No.: **1:06-cv-00214-ML-DLM**<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, being over eighteen years of age, hereby certify that on the date last written below, a true and correct copy of:

**DECLARATION OF JAMES OLIVEIRA OF SPECIFIC NEGATIVE AVERMENT**

was served on the following Defendants:

Countrywide Home Loans, Inc.
c/oPARTRIDGE SNOW & HAHN, LLP ***BY TELEPHONE FASCIMILLE***
Lisa M. Martinelli ***FASCIMILLE AND ONE HOUR COURIER***
Charles A. Lovell
180 South Main Street
Providence, RI 02903
(401) 861-8200 Phone:
(401) 861-8210 Fax:

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC.
C/O CT CORPORATION SYSTEM
1 WEYBOSSET STREET
PROVIDENCE, RI 02903

Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.
C/O PRENTICE_HALL CORP SYSTEM
222 JEFFERSON BOULEVARD, SUITE 200
WARWICK, RI 02888

DB Structured Products, Inc.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

by:

_________OVERNIGHT COURIER, FedEx, Express Mail, UPS, or other
____X___ United States Postal Service, ordinary first class mail
_________United States Postal Service, certified or registered mail, return receipt req.
_________Hand delivery
____X____Telephone Facsimile (when facsimile number available)
_________other (specify) ____________________________

Dated: May 14th, 2006

/s/ James Oliveira
James Oliveira