James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| James Oliveira,<br>Maria deOliveira,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | Case No.: **1:06-cv-00214-ML-DLM**<br><br>**NOTICE OF INTENT**<br>**TO**<br>**FILE INTERLUTORY APPEAL** |

1. Plaintiffs timely file NOTICE OF INTENT TO FILE INTERLUTORY APPEAL of ORDER dated May 11, 2006, signed by Judge Mary M. Lisi. Denying Plaintiff's "MOTION FOR EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION" in the above captioned matter pending resolution of plaintiff VERIFIED COMPLAINT.

Executed on this 14th day of May, 2006,

James Oliveira, Plaintiff

Maria deOliveira

James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| James Oliveira,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | Case No.: **1:06-cv-00214-ML-DLM**<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, being over eighteen years of age, hereby certify that on the date last written below, a true and correct copy of:

## NOTICE OF INTENT TO FILE INTERLUTORY APPEAL

was served on the following Defendants:

Countrywide Home Loans, Inc.
c/oPARTRIDGE SNOW & HAHN, LLP ***BY TELEPHONE FASCIMILLE***
Lisa M. Martinelli ***FASCIMILLE AND ONE HOUR COURIER***
Charles A. Lovell
180 South Main Street
Providence, RI 02903
(401) 861-8200 Phone:
(401) 861-8210 Fax:

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC.
C/O CT CORPORATION SYSTEM
1 WEYBOSSET STREET
PROVIDENCE, RI 02903

Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.
C/O PRENTICE_HALL CORP SYSTEM
222 JEFFERSON BOULEVARD, SUITE 200
WARWICK, RI 02888

DB Structured Products, Inc.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

by:

_________OVERNIGHT COURIER, FedEx, Express Mail, UPS, or other
____X___ United States Postal Service, ordinary first class mail
_________United States Postal Service, certified or registered mail, return receipt req.
_________Hand delivery
____X____Telephone Facsimile (when facsimile number available)
_________other (specify) ____________________________

Dated: May 14th , 2006

/s/ James Oliveira
James Oliveira