# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES OLIVEIRA,<br>MARIA DEOLIVEIRA,<br>Plaintiffs,<br><br>v.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., d/b/a FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. for the benefit of DB Structured Products, Inc., DB STRUCTURED PRODUCTS, INC.<br>Defendants | Case No.: 1:06-cv-00214-ML |

## NOTICE OF SUGGESTION OF BANKRUPTCY

Notice is hereby given in the above-captioned action, by Countrywide Home Loans, Inc., that Plaintiff Maria Leonilda Oliveira, a/k/a Maria deOliveira, filed a Chapter 13 Bankruptcy Petition, Case No. 06-10440-ANV, in the United States Bankruptcy Court, District of Rhode Island, on May 15, 2006. A copy of the Bankruptcy Court case docket is attached hereto as Exhibit A. Accordingly, the automatic stay of 11 U.S.C. §362 bars further prosecution of this case at this time.

COUNTRYWIDE HOME LOANS, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Catherine V. Eastwood (#6406)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: May 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15 day of May, 2006, a true copy of the within Notice was sent by regular, first class mail to:

Mr. James Oliveira
56 Greene Street
Pawtucket, RI 02860

Ms. Maria deOliveira
56 Greene Street
Pawtucket, RI 02860

[signature]