# EXHIBIT A

EXHIBIT A
Pro_Se, FeeDueINST

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Bankruptcy Petition #: 1:06-bk-10440

*Assigned to:* Judge Arthur N. Votolato
Chapter 13
Voluntary
Asset

*Date Filed:* 05/15/2006

**Maria Leonilda Oliveira**
56 Greene Street
Pawtucket, RI 02860
(401) 728-4449
SSN: xxx-xx-8530
***Debtor***

represented by **Maria Leonilda Oliveira**
PRO SE

**John Boyajian**
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600
***Trustee***

**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551
***U.S. Trustee***

| Filing Date | # | Docket Text |
|---|---|---|
| 05/15/2006 | 1 | Chapter 13 Voluntary Petition. Fee Amount $68.50 Filed by Maria Leonilda Oliveira. Government Proof of Claim due by 11/13/2006. (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 2 | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Maria Leonilda Oliveira). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents Due By: 5/30/2006. (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 3 | First Meeting of Creditors & Notice of Appointment of Interim Trustee John Boyajian to be held on 06/09/2006 at 09:30 AM at Office of the U.S. Trustee. Proof of Claim due by 09/07/2006. Confirmation Hearing to be Held on 07/13/2006 at 10:00 AM at 6th Floor Courtroom. Objections to Discharge due by 08/08/2006 |

| | | |
|---|---|---|
| | | (Entered: 05/15/2006) |
| 05/15/2006 | 4 | Receipt Number 64198, Fee Amount $68.50 (related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Maria Leonilda Oliveira) (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 5 | Certificate of Pro Se Debtor Re: Preparation of Petition by Non-Legal Entity. No Assistance. Filed by Debtor Maria Leonilda Oliveira. (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 6 | Application to Pay Filing Fee in Installments Filed by Debtor Maria Leonilda Oliveira. (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 7 | Order Granting Application To Pay Filing Fees In Installments. First Installment in the amount of $68.50 paid at time of filing; Second Installment Payment due by 6/5/2006 in the amount of $68.50; Third Installment Payment due by 6/26/2006 in the amount of $68.50; Final Installment Payment due by 7/17/2006 in the amount of $68.50 (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 8 | Certification of exigent circumstances that merits an extension of time from complying with the credit counseling requirement. Filed by Debtor Maria Leonilda Oliveira. Credit Counseling Certificate Due: 6/14/2006. (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 9 | **Corrected** Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Maria Leonilda Oliveira). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents Due By: 5/30/2006. (Sweeney, Carolyn) (Entered: 05/15/2006) |

## PACER Service Center

### Transaction Receipt

05/15/2006 11:49:28

| | | | |
|---|---|---|---|
| **PACER Login:** | ps0010 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-bk-10440 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |