District of Rhode Island
Property of U.S. District Court
MAY 15 2006
RECEIVED

James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION CONCLUSIONS OF LAW TO SUPPORT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

James Oliveira,
Maria deOliveira,

Plaintiffs,

vs.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,

Defendants.

Case No.: **1:06-cv-00214-ML-DLM**

**FINDINGS OF FACT**

**AND**

**CONCLUSIONS OF LAW DEMAND**

**TO SUPPORT ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

[ Pursuant to Federal Rules Civil Procedure No. 52 ]

1. In accordance with Federal Rules Civil Procedure 52, Plaintiffs hereby timely file "FINDINGS OF FACT AND CONCLUSIONS OF LAW DEMAND TO SUPPORT ORDER DENYING PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION". Plaintiffs hereby demand The Honorable Mary M. Lisi, United Stated District Court Judge, for the District of Providence Rhode Island, prepare and serve upon Plaintiffs Findings of Fact and Conclusions of Law to support Order signed on May 12, 2006 denying Plaintiff's emergency motion for temporary restraining order and

James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

District of Rhode Island
Property of U.S. District Court
MAY 15 2006
RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| James Oliveira,<br>Maria deOliveira,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | Case No.: **1:06-cv-00214-ML-DLM**<br><br>**MOTION FOR RECONSIDERATION OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

1. Plaintiffs timely file "MOTION FOR RECONSIDERATION OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION" and request the Court to reconsider plaintiffs motion for temporary restraining order and preliminary injunction in the above captioned matter pending resolution of plaintiff VERIFIED COMPLAINT on the basis of: a) substantial hardship, b) in order to prevent an injustice and c) on information submitted to the Court by Declaration of James Oliveira of Specific Negative Averment.