# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES OLIVEIRA,<br>MARIA DEOLIVEIRA,<br>Plaintiffs,<br><br>v.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., d/b/a FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. for the benefit of DB Structured Products, Inc., DB STRUCTURED PRODUCTS, INC.<br>Defendants | Case No.: 1:06-cv-00214-ML |

## ANSWER TO VERIFIED COMPLAINT

Now come First Residential Mortgage Network, Inc., d/b/a FRM Network, Inc. ("First Residential"); Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc. ("Countrywide"); and DB Structured Products, Inc. ("DB"), (collectively the "Defendants") by their attorneys and hereby answer the Verified Complaint as follows:

## PRELIMINARY STATEMENT

1. Paragraph 1 is a statement of the case to which no response is required. To the extent necessary, Defendants deny any allegations of wrongdoing contained in paragraph 1.

2. Defendants deny the allegations contained in paragraph 2 of Plaintiffs' Complaint.

3. Paragraph 3 is a statement of the case to which no response is required. To the extent necessary, Defendants deny any allegations of wrongdoing contained in paragraph 3.

## JURISDICTION AND VENUE

4. Defendants admit that jurisdiction is proper in this Court. Defendants deny the remaining allegations contained in paragraph 4.

5. Defendants admit that venue is proper in this Court. Defendants deny the remaining allegations contained in paragraph 5.

6. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiffs' Complaint and therefore leave Plaintiffs to their proof.

**PARTIES**

7. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiffs' Complaint and therefore leave Plaintiffs to their proof.

8. Defendants admit the allegations contained in paragraph 8 of Plaintiffs' Complaint.

9. Defendants admit the allegations contained in paragraph 9 of Plaintiffs' Complaint.

10. Defendants admit the allegations contained in paragraph 10 of Plaintiffs' Complaint.

11. Defendants deny the allegations contained in paragraph 11 of Plaintiffs' Complaint.

**FACTUAL ALLEGATIONS**

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of Plaintiffs' Complaint and therefore leave Plaintiffs to their proof.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of Plaintiffs' Complaint and therefore leave Plaintiffs to their proof.

14. Defendants admit that on or about July 14, 2005, Plaintiffs granted a mortgage to First Residential, and that the mortgage was recorded on July 21, 2005 at Book

L2429, Page 133 in the Providence Land Evidence Records. The balance of paragraph 14 contains legal conclusions to which no response is required.

15. Defendants admit the factual allegations contained in paragraph 15. The balance of paragraph 15 is a legal conclusion to which no response is required.

16. Paragraph 16 is a legal conclusion to which no response is required.

17. Defendants deny the allegations contained in paragraph 17 of Plaintiffs' Complaint.

18. Defendants deny the allegations contained in paragraph 18 of Plaintiffs' Complaint.

19. Defendants admit the allegations contained in paragraph 19 of Plaintiffs' Complaint.

20. Paragraph 20 is a legal conclusion to which no response is required.

21. Defendants deny the allegations contained in paragraph 21 of Plaintiffs' Complaint.

22. Defendants deny the allegations contained in paragraph 22 of Plaintiffs' Complaint.

23. Defendants deny the allegations contained in paragraph 23 of Plaintiffs' Complaint.

24. Defendants deny the allegations contained in paragraph 24 of Plaintiffs' Complaint.

25. Defendants deny the allegations contained in paragraph 25 of Plaintiffs' Complaint.

26. Defendants deny the allegations contained in paragraph 26 of Plaintiffs' Complaint.

## THE RECISSION

27. Defendants deny the allegations contained in paragraph 27 of Plaintiffs' Complaint.

28. Paragraph 28 is a legal conclusion to which no response is required.

29. Defendants deny the allegations contained in paragraph 29 of Plaintiffs' Complaint.

30. Defendants deny the allegations contained in paragraph 30 of Plaintiffs' Complaint.

31. Defendants deny the allegations contained in paragraph 31 of Plaintiffs' Complaint.

32. Defendants deny the allegations contained in paragraph 32 of Plaintiffs' Complaint.

33. Defendants admit that they have not recorded any release of security interest and further state that they are not required to do so.

34. Defendants admit receipt of a purported second notice of rescission.

35. Defendants admit they have not responded to any purported second notice of rescission.

36. Defendants admit they have not recorded any release of security interest and further state that they are not required to do so.

37. Defendants deny the allegations contained in paragraph 37 of Plaintiffs' Complaint.

## FIRST CAUSE OF ACTION – QUIET TITLE (AGAINST ALL DEFENDANTS)

Defendants repeat and reallege paragraphs 1 through 37 as if more fully stated herein.

38. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of Plaintiffs' Complaint and therefore leave Plaintiffs to their proof.

39. Defendants deny the allegations contained in paragraph 39 of Plaintiffs' Complaint.

40. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of Plaintiffs' Complaint and therefore leave Plaintiffs to their proof.

41. Defendants deny the allegations contained in paragraph 41 of Plaintiffs' Complaint.

42. Defendants deny the allegations contained in paragraph 42 of Plaintiffs' Complaint.

43. No response required.

**SECOND CAUSE OF ACTION – TILA RESCISSION (15 U.S.C. § 1601 et seq.) (AGAINST DEFENDANT FIRST RESIDENTIAL MORTAGE NETWORK, INC., DBA FRM NETWORK, INC.)**

First Residential repeats and realleges paragraphs 1 through 43 as if more fully stated herein.

44. First Residential denies the allegations contained in paragraph 44 of Plaintiffs' Complaint.

45. First Residential denies the allegations contained in paragraph 45 of Plaintiffs' Complaint.

46. First Residential admits it has not returned any money and property and further states that it is not required to do so.

47. First Residential admits that it has not recorded a release of security interest and further states that it is not required to do so.

48. First Residential denies the allegations contained in paragraph 48 of Plaintiffs' Complaint.

49. First Residential denies the allegations contained in paragraph 49 of Plaintiffs' Complaint.

**THIRD CAUSE OF ACTION – BREACH OF CONTRACT**

50. Defendants repeat and reallege paragraphs 1 through 49 as if more fully stated herein.

51. Paragraph 51 contains a statement of the law to which no response is required.

**ENFORCEABLE WRITTEN CONTRACT**

52. First Residential admits that Plaintiffs and First Residential entered into enforceable contracts and deny that the terms describing Defendants' performance were oral and denies that the contracts were ambiguous. The terms as described by Plaintiffs are contained in the loan documents, which are the best evidence of the information contained therein.

**PLAINTIFFS' PERFORMANCE**

53. Defendants deny the allegations contained in paragraph 53 of Plaintiffs' Complaint.

**PLAINTIFFS' EXCUSE**

54. Defendants deny the allegations contained in paragraph 54 of Plaintiffs' Complaint.

55. Defendants deny the allegations contained in paragraph 55 of Plaintiffs' Complaint.

**DEFENDANT'S BREACH**

56. Defendants deny the allegations contained in paragraph 56 of Plaintiffs' Complaint.

57. Defendants deny the allegations contained in paragraph 57 of Plaintiffs' Complaint.

58. Defendants deny the allegations contained in paragraph 58 of Plaintiffs' Complaint.

59. Defendants deny the allegations contained in paragraph 59 of Plaintiffs' Complaint.

**PLAINTIFFS' DAMAGES**

60. Defendants deny the allegations contained in paragraph 60 of Plaintiffs' Complaint.

61. Defendants deny the allegations contained in paragraph 61 of Plaintiffs' Complaint.

**DEFENDANT'S REPUDIATION**

62. Defendants deny the allegations contained in paragraph 62 of Plaintiffs' Complaint.

63. Defendants deny the allegations contained in paragraph 63 of Plaintiffs' Complaint.

**FOURTH CAUSE OF ACTION – UNCONSCIONABILITY**
**(AGAINST DEFENDANT FIRST RESIDENTIAL MORTGAGE NETWOR, INC., DBA FRM NETWORK, INC.)**

Defendants repeat and reallege paragraphs 1 through 63 as if more fully stated herein.

**PROCEDURAL UNCONSCIONABILITY**

64. Defendants deny the allegations contained in paragraph 64 of Plaintiffs' Complaint.

65. Defendants deny the allegations contained in paragraph 65 of Plaintiffs' Complaint.

66. Defendants deny the allegations contained in paragraph 66 of Plaintiffs' Complaint.

67. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of Plaintiffs' Complaint and therefore leave Plaintiffs to their proof.

68. Defendants deny the allegations contained in paragraph 68 of Plaintiffs' Complaint.

69. Defendants deny the allegations contained in paragraph 69 of Plaintiffs' Complaint.

**SUBSTANTIVE UNCONSCIONABILITY**

70. Defendants deny the allegations contained in paragraph 70 of Plaintiffs' Complaint.

71. Defendants deny the allegations contained in paragraph 71 of Plaintiffs' Complaint.

**PRAYER FOR RELIEF:**

72. No response required.

73. No response required.

74. Defendants pray that the relief requested by Plaintiffs be denied.

75. Defendants pray that the relief request by Plaintiffs be denied.

76. Defendants pray that the relief requested by Plaintiffs be denied.

77. Defendants pray that the relief requested by Plaintiffs be denied.

78. Defendants pray that the relief requested by Plaintiffs be denied.

79. Defendants pray that the relief requested by Plaintiffs be denied.

80. No response required.

WHEREFORE, Defendants pray that this Honorable Court deny the relief requested by Plaintiffs, dismiss the Complaint, award the Defendants their attorneys fees and costs and grant such other and further relief as is just.

**AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim upon which relief may be granted.

2. Plaintiffs come to court with unclean hands.

3. Damages Plaintiffs suffered, if any, were caused by Plaintiffs' own wrongful acts, misconduct or negligence.

4. The Complaint is barred by the statute of frauds.

5. The Complaint is barred by the doctrine of estoppel.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., D/B/A FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. FOR THE BENEFIT OF DB STRUCTURED PRODUCTS, INC., DB STRUCTURED PRODUCTS, INC.COUNTRYWIDE HOME LOANS, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Charles A. Lovell

Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: June 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June, 2006, a true copy of the within Notice was sent by regular, first class mail to:

Mr. James Oliveira
56 Greene Street
Pawtucket, RI 02860

Ms. Maria deOliveira
56 Greene Street
Pawtucket, RI 02860

859770_1/6301-942