UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES OLIVEIRA, ET AL

v. CA 06-214ML

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., ET AL

NOTICE AND ORDER

A pretrial scheduling conference, pursuant to Rule 16 of the Fed. R. Civ. P., is set for **Wednesday, August 16, 2006 at 10:00 A.M.** Rule 26(f) of the Fed. R. Civ. P. requires counsel and unrepresented parties after meeting and discussion, among other things, to submit a written report to the Court prior to the scheduling conference outlining a proposed discovery plan. [1] Counsel and unrepresented parties have until **Friday, August 11, 2006** to submit their plan. Additionally, at the Rule 26(f) meeting counsel and unrepresented parties shall discuss the contents of the attached description of this Court's Alternate Dispute Resolution Plan and be prepared to discuss possible referral to the ADR Program at the scheduling conference.

By Order,

Martha E. Saucier
Martha E. Saucier
Deputy Clerk

ENTER:

David L. Martin
David L. Martin
U.S. Magistrate Judge
July 24, 2006

[1] See Rule 16(f) Fed. R. Civ. P.