# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JAMES OLIVEIRA,
MARIA DEOLIVEIRA,
Plaintiffs,

v.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., d/b/a FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. for the benefit of DB Structured Products, Inc., DB STRUCTURED PRODUCTS, INC.
Defendants

Case No.: 1:06-cv-00214-ML

## AFFIDAVIT OF NONCOMPLIANCE

Now comes Charles A. Lovell, attorney for the Defendants, and makes Affidavit as follows:

1. Pursuant to the Notice and Order of this Court dated July 24, 2006 (the "Order"), the parties are required, after meeting and discussion, to submit a discovery plan pursuant to Fed. R. Civ. P. 26 (f).

2. On July 28, 2006, I sent a letter to the Plaintiffs, a copy of which is attached hereto, with a copy of a draft discovery plan. In that letter I offered to meet in person, by telephone or e-mail and advised the Plaintiffs that, if they had not responded to me regarding the discovery plan by close of business on Wednesday, August 9, 2006, I would file the discovery plan in its current form.

3. As of August 10, 2006, the Plaintiffs have not complied with the Order. I have had no response from Plaintiffs and, accordingly, I am filing contemporaneously herewith, the discovery plan as originally drafted.

Charles A. Lovell (RI Bar #4004)

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me by said Charles A. Lovell in Providence, Rhode Island, this 10th day of August, 2006.

Paula M Braga
Notary Public
My Commission Expires: 7/15/09

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of August, 2006, a true copy of the within Affidavit of NonComplaince was sent by regular, first class mail to:

Mr. James Oliveira
56 Greene Street
Pawtucket, RI 02860

Ms. Maria deOliveira
56 Greene Street
Pawtucket, RI 02860

Deborah Demartini