PSH
PARTRIDGE
SNOW &
HAHN LLP
COUNSELORS AT LAW

Charles A. Lovell
cal@psh.com

July 28, 2006

Mr. James Oliveira
Ms. Maria L. DeOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

Re: James Oliveira v. First Residential Mortgage Network, et al.
06-214ML

Dear Mr. Oliveira and Ms. DeOliveira:

Pursuant to the Notice and Order of the United States District Court for the District of Rhode Island, I have drafted a written report to the Court outlining a proposed discovery plan, a copy of which is enclosed herewith. The Order states that we are jointly required to submit this written report by August 11, 2006, prior to the pre-trial scheduling conference set for Wednesday, August 16, 2006 at 10:00 a.m. If you believe that an in-person meeting to discuss this schedule will be appropriate, please contact me by telephone or e-mail; otherwise, please review the proposed discovery plan and give me your input in writing.

If you have not responded to me by the close of business on Wednesday, August 9, 2006, I will file the discovery schedule in its current form with the Court, together with an explanation regarding your failure to abide by the orders of this Court.

Please contact me should you have any questions in this regard.

Very truly yours,

Charles A. Lovell

CAL/pmk

Enclosures

cc: Donald Scotten, Esq.
Christy Ames, Esq.
869227_1/6301-942