# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JAMES OLIVEIRA,
MARIA DEOLIVEIRA,
Plaintiffs,

v.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., d/b/a FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. for the benefit of DB Structured Products, Inc., DB STRUCTURED PRODUCTS, INC.
Defendants

Case No.: 1:06-cv-00214-ML

**DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26(f)**

Pursuant to Fed. R. Civ. P. 26(f) the parties hereby submit their Discovery Plan in accordance with the Notice and Order of this Court dated July 24, 2006:

1. The parties agree that all disclosures under Fed. R. Civ. P. 26(a)(1) will be made on or before September 15, 2006.

2. The parties will conduct discovery concerning the following subjects:

   a. Plaintiffs' obtaining and use of form communications and pleadings in connection with the underlying loan, the instant civil action and the bankruptcy filing of Ms. Oliveira.

   b. Plaintiffs' motivation and intentions in entering into the underlying loan.

   c. Plaintiffs' lack of good faith and attempts to defraud the lender of the underlying loan.

3. The parties anticipate that discovery will be completed within ninety (90) days and agree to a discovery closure date of October 16, 2006.

4. The parties do not believe they need a deadline to join other parties or amend the pleadings as such actions are not contemplated at this time.

5. The parties agree that the deadline to file dispositive and pre-trial motions shall be October 30, 2006.

6. The parties agree that a Joint Pre-Trial Order shall be filed on or before November 13, 2006, provided that no dispositive motions are filed by that date. If a dispositive motion is filed, the parties respectfully request the court to set a joint pre-trial order deadline in any decision or order denying dispositive relief.

7. The parties believe that referral of this matter for mediation would not be helpful.

8. The parties do believe that a pre-trial conference before the Court would serve a purpose at this time.

______________________________
James Oliveira, Pro Se
56 Greene Street
Pawtucket, RI 02860

______________________________
Maria L. DeOliveira, Pro Se
56 Greene Street
Pawtucket, RI 02860

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., D/B/A FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. FOR THE BENEFIT OF DB STRUCTURED PRODUCTS, INC., DB STRUCTURED PRODUCTS, INC.COUNTRYWIDE HOME LOANS, INC.

By their Attorneys,

PARTRIDGE SNOW & HAHN LLP

______________________________
Charles A. Lovell (#4003)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: July ___, 2006

869235_1/6301-942