UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES OLIVEIRA, et al.,<br>Plaintiffs,<br><br>v.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., D/B/A FRM NETWORK, INC., et al.,<br>Defendants. | CA 06-214 ML |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
August 16, 2006

BY ORDER:

Deputy Clerk