# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JAMES OLIVEIRA,
MARIA DEOLIVEIRA,
Plaintiffs,

v.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., d/b/a FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. for the benefit of DB Structured Products, Inc., DB STRUCTURED PRODUCTS, INC.
Defendants

Case No.: 1:06-cv-00214-ML

**MOTION BY DEFENDANTS TO DISMISS COMPLAINT**

Now come First Residential Mortgage Network, Inc., d/b/a FRM Network, Inc.; Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.; and DB Structured Products, Inc., (collectively the "Defendants"), by their attorneys and hereby move to dismiss Plaintiffs' Complaint with prejudice pursuant to Fed. R. Civ. P. 41(b). As grounds therefor, Defendants rely on the Memorandum of Law filed contemporaneously herewith.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., D/B/A FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. FOR THE BENEFIT OF DB STRUCTURED PRODUCTS, INC., DB STRUCTURED PRODUCTS, INC.COUNTRYWIDE HOME LOANS, INC.

By their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Charles A. Lovell
Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 18, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2006, a true copy of the within Motion by Defendants to Dismiss Complaint was sent by regular, first class mail to:

Mr. James Oliveira
56 Greene Street
Pawtucket, RI 02860

Ms. Maria deOliveira
56 Greene Street
Pawtucket, RI 02860

/s/ Debra J. Demartini____

872074_1/6301-942