# EXHIBIT A

**Pro_Se, DISMISSED, APPEAL, Filed as ProSe**

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Bankruptcy Petition #: 1:06-bk-10440

*Assigned to:* Judge Arthur N. Votolato
Chapter 13
Voluntary
Asset

*Date Filed:* 05/15/2006
*Date Dismissed:* 07/24/2006

***Debtor***
**Maria Leonilda Oliveira**
56 Greene Street
Pawtucket, RI 02860
(401) 728-4449
SSN: xxx-xx-8530

represented by **Maria Leonilda Oliveira**
PRO SE

***Trustee***
**John Boyajian**
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600

***U.S. Trustee***
**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551

| Filing Date | # | Docket Text |
|---|---|---|
| 05/15/2006 | 1 | Chapter 13 Voluntary Petition. Fee Amount $68.50 Filed by Maria Leonilda Oliveira. Government Proof of Claim due by 11/13/2006. (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 2 | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Maria Leonilda Oliveira). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents Due By: 5/30/2006. (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 3 | First Meeting of Creditors & Notice of Appointment of Interim Trustee John Boyajian to be held on 06/09/2006 at 09:30 AM at Office of the U.S. Trustee. Proof of Claim due by 09/07/2006. Confirmation Hearing to be Held on 07/13/2006 at 10:00 AM at 6th Floor Courtroom. Objections to Discharge due by 08/08/2006 (Entered: 05/15/2006) |

| | | |
|---|---|---|
| 05/15/2006 | 4 | Receipt Number 64198, Fee Amount $68.50 (related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Maria Leonilda Oliveira) (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 5 | Certificate of Pro Se Debtor Re: Preparation of Petition by Non-Legal Entity. No Assistance. Filed by Debtor Maria Leonilda Oliveira. (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 6 | Application to Pay Filing Fee in Installments Filed by Debtor Maria Leonilda Oliveira. (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 7 | Order Granting Application To Pay Filing Fees In Installments. First Installment in the amount of $68.50 paid at time of filing; Second Installment Payment due by 6/5/2006 in the amount of $68.50; Third Installment Payment due by 6/26/2006 in the amount of $68.50; Final Installment Payment due by 7/17/2006 in the amount of $68.50 (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 8 | Certification of exigent circumstances that merits an extension of time from complying with the credit counseling requirement. Filed by Debtor Maria Leonilda Oliveira. Credit Counseling Certificate Due: 6/14/2006. (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/15/2006 | 9 | **Corrected** Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Maria Leonilda Oliveira). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents Due By: 5/30/2006. (Sweeney, Carolyn) (Entered: 05/15/2006) |
| 05/17/2006 | 10 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 7 Order on Motion To Pay Filing Fees in Installments, ) Service Date 05/17/2006. (Admin.) (Entered: 05/18/2006) |
| 05/17/2006 | 11 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 9 Notice of Missing Documents, ) Service Date 05/17/2006. (Admin.) (Entered: 05/18/2006) |
| 05/17/2006 | 12 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 3 First Meeting (Chapter 13), First Meeting (Chapter 13)) Service Date 05/17/2006. (Admin.) (Entered: 05/18/2006) |
| 05/22/2006 | 13 | Motion to Dismiss Case Filed by Debtor Maria Leonilda Oliveira. If this is an Emergency Motion the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Geraghty, Amy) (Entered: 05/22/2006) |
| 05/22/2006 | 14 | Order Striking,Without Prejudice, Defective Document, 13 Motion to Dismiss Case filed by Debtor Maria Leonilda Oliveira - Need certificate of Service to creditors. (Geraghty, Amy) (Entered: 05/22/2006) |

| | | |
|---|---|---|
| 05/23/2006 | | Notice of Appearance by Attorney and Request for Notice (Text Only) Filed by Catherine V. Eastwood on behalf of Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.. (Eastwood, Catherine) (Entered: 05/23/2006) |
| 05/24/2006 | | Notice of Appearance by Attorney and Request for Notice (Text Only) Filed by Charles A. Lovell on behalf of Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.. (Lovell, Charles) (Entered: 05/24/2006) |
| 05/24/2006 | 15 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 14 Order Striking) Service Date 05/24/2006. (Admin.) (Entered: 05/25/2006) |
| 05/30/2006 | 16 | Response to Filed by Trustee John Boyajian re 13 Motion to Dismiss Case filed by Debtor Maria Leonilda Oliveira). (Boyajian, John) (Entered: 05/30/2006) |
| 06/01/2006 | 17 | Motion to Dismiss Case Filed by Debtor Maria Leonilda Oliveira. Objections to Motion Due: 6/14/2006. (Attachments: # 1 Certificate of Service) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Lanni, Christine) **Filed as a amended notice of withdrawal of bankruptcy petition** Modified Text on 6/1/2006 (Lanni, Christine). (Entered: 06/01/2006) |
| 06/05/2006 | 18 | Hearing Set (re: 16 Response filed by Trustee John Boyajian, 17 Motion to Dismiss Case, filed by Debtor Maria Leonilda Oliveira). Hearing scheduled for 6/14/2006 at 10:00 AM at 6th Floor Courtroom. (Lanni, Christine) (Entered: 06/05/2006) |
| 06/07/2006 | 19 | Receipt of Second, Third and Final Installment Payment. Receipt Number 64258, Fee Amount $205.50(related document7Order on Motion To Pay Filing Fees in Installments) **Voluntary Petition Paid.** (Elderkin, April) (Entered: 06/07/2006) |
| 06/07/2006 | 20 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 18 Hearing) Service Date 06/07/2006. (Admin.) (Entered: 06/08/2006) |
| 06/09/2006 | | Meeting of Creditors Held in Chapter 13 Case. (Boyajian, John) (Entered: 06/09/2006) |
| 06/09/2006 | | First Meeting NOT Held - Trustee Follow-Up Due Filed by Trustee John Boyajian. Status Check Due by:6/29/2006. Trustee Action to follow. (Boyajian, John) (Entered: 06/09/2006) |
| 06/09/2006 | | Document terminated - (related document(s): Meeting of Creditors Held in Chapter 13 Case) Per Trustee - the 341 meeting has not been held. (Geraghty, Amy) (Entered: 06/09/2006) |

| | | |
|---|---|---|
| 06/14/2006 | | Hearing Held (related document(s)16 Response filed by Trustee John Boyajian, 17 Motion to Dismiss Case, filed by Debtor Maria Leonilda Oliveira). APPEARANCES: Atty. Boyajian; Atty. Lovell . Debtor did not appear. Atty. Boyajian said his response requested the debtor to be present and explain the reasons for the dismissal. Trustee feels the debtor did not prepare the motion to dismiss. Atty. Lovell said his client has the mortgage + they have received pleadings from the debtor and her son that he believes are downloaded from the internet. Debtor and her son borrowed funds one year ago and have not made any payments. Debtor has filed pleadings in US District Court. Atty. Lovell believes the son will be filing next. If either debtor files again, creditor will ask for in rem relief. Trustee advised debtor did not appear at the 341 meeting. Court denied the motion to dismiss. (Lanni, Christine) (Entered: 06/14/2006) |
| 06/14/2006 | 21 | Order Denying Motion to Dismiss Case (Related Doc # 17) . (Lanni, Christine) (Entered: 06/14/2006) |
| 06/16/2006 | 22 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 21 Order on Motion to Dismiss Case) Service Date 06/16/2006. (Admin.) (Entered: 06/17/2006) |
| 06/27/2006 | 23 | Order to Appear and Show Cause Why sanctions should not be imposed against the debtor for failure to properly prosecute her bankruptcy case. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Maria Leonilda Oliveira). Show Cause hearing to be held on 7/13/2006 at 10:00 AM at 6th Floor Courtroom. (Geraghty, Amy) (Entered: 06/27/2006) |
| 06/28/2006 | 24 | Motion for Relief from Stay */In Rem Relief from the Automatic Stay* re: 56 Greene Street, Pawtucket, Rhode Island. Fee Amount $150, Filed by Creditor Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.. Objections to Motion Due: 7/11/2006. (Attachments: # 1 Memorandum of Law # 2 Proposed Order # 3 Exhibit # 4 Exhibit) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Lovell, Charles) (Entered: 06/28/2006) |
| 06/28/2006 | 25 | Receipt of filing fee for Motion for Relief From Stay(1:06-bk-10440) [motion,mrlfsty] ( 150.00). Receipt number 467731, amount $ 150.00. (U.S. Treasury) (Entered: 06/28/2006) |
| 06/29/2006 | 26 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 23 Order to Show Cause Hearing, ) Service Date 06/29/2006. (Admin.) (Entered: 06/30/2006) |
| 07/03/2006 | | Hearing Not Held re: 3 First Meeting (Chapter 13),Trustee Follow-Up Due filed by Trustee John Boyajian. Debtor did not appear at 341; confirmation hearing removed from the calendar; OTSC has been issued to Tee Follow-up ddl terminated. (Cory, Lucinda) (Entered: |

| | | |
|---|---|---|
| | | 07/03/2006) |
| 07/05/2006 | 27 | Hearing Set (re: 24 Motion for Relief From Stay filed by Creditor Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.). Hearing scheduled for 7/13/2006 at 10:00 AM at 6th Floor Courtroom. (Geraghty, Amy) (Entered: 07/05/2006) |
| 07/07/2006 | 28 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 27 Hearing) Service Date 07/07/2006. (Admin.) (Entered: 07/08/2006) |
| 07/10/2006 | 29 | Objection Filed by Debtor Maria Leonilda Oliveira re 24 Motion for Relief From Stay, , filed by Creditor Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.). (Geraghty, Amy) (Entered: 07/10/2006) |
| 07/13/2006 | 30 | Proposed Order After Hearing *Granting In Rem Relief From Stay.* Filed by Creditor Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc. (related document(s)24 Motion for Relief From Stay,, filed by Creditor Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.). Status Check Due by:7/18/2006. (Lovell, Charles) (Entered: 07/13/2006) |
| 07/13/2006 | | Hearing Held (related document(s)23 Order to Show Cause Hearing,, 24 Motion for Relief From Stay, , filed by Creditor Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc., 1 Voluntary Petition (Chapter 13) filed by Debtor Maria Leonilda Oliveira). APPEARANCES: Atty. Boyajian, Atty. Lovell, UST . Debtor did not appear in Court. Atty. Lovell gave details of the background of the motion for relief from stay and the history of the loan. Court denied the debtors objection to RFS. Court adoped arguments of the movant. RFS is granted. Atty. Lovell to do order. Order to Show Cause why case shouldn't be dismissed with 180 day bar - cause has not bee shown and debtor did not appear. Case is dimissed with 180 day bar. (Lanni, Christine) (Entered: 07/13/2006) |
| 07/21/2006 | 31 | Order Granting (# 24)Motion For Relief From Stay. (Geraghty, Amy) (Entered: 07/21/2006) |
| 07/21/2006 | 32 | Judgment Order (re:31 Order on Motion For Relief From Stay) (Geraghty, Amy) (Entered: 07/21/2006) |
| 07/23/2006 | 33 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 32 Judgment Order (ap/bk)) Service Date 07/23/2006. (Admin.) (Entered: 07/24/2006) |
| 07/23/2006 | 34 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 31 Order on Motion For Relief From Stay) Service Date 07/23/2006. (Admin.) (Entered: 07/24/2006) |
| 07/24/2006 | 35 | Order Dismissing Case failing to prosecute her bankruptcy filing with |

| | | |
|---|---|---|
| | | 180 day bar for refiling (related document(s):1 Voluntary Petition (Chapter 13) filed by Debtor Maria Leonilda Oliveira). Appeals/Motion for Reconsideration Due by: 8/3/2006. (Lanni, Christine) Additional attachment(s) added on 7/24/2006 (Venuti, Jody). (Entered: 07/24/2006) |
| 07/24/2006 | 36 | Judgment Order (re:35 Order Dismissing Case, ) (Lanni, Christine) (Entered: 07/24/2006) |
| 07/24/2006 | 37 | BNC Service of Document. (related document(s)35 Order Dismissing Case, ). (Lanni, Christine) (Entered: 07/24/2006) |
| 07/26/2006 | 38 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 36 Judgment Order (ap/bk)) Service Date 07/26/2006. (Admin.) (Entered: 07/27/2006) |
| 07/26/2006 | 39 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 37 BNC Service of Document) Service Date 07/26/2006. (Admin.) (Entered: 07/27/2006) |
| 07/27/2006 | 40 | Notice of Appeal . Receipt Number 64360, Fee Amount $;255 Filed by Maria Leonilda Oliveira (related document(s)31 Order on Motion For Relief From Stay, 32 Judgment Order (ap/bk)). Appellant Designation due by: 8/7/2006. Rec'd by BAP on 7/28/06 - BAP #06-033(OHara, Anne) Additional attachment(s) added on 7/27/2006 (Venuti, Jody). Modified on 8/4/2006 to add BAP case # (Geraghty, Amy). (Entered: 07/27/2006) |
| 07/27/2006 | 41 | Maria DeOliveira BAP Election Filed by Maria Leonilda Oliveira (related document(s)40 Notice of Appeal filed by Debtor Maria Leonilda Oliveira). (OHara, Anne) (Entered: 07/27/2006) |
| 07/27/2006 | 42 | Receipt of filing fee (for document number 40 Notice of Appeal filed by Debtor Maria Leonilda Oliveira). Receipt Number 64360, Fee Amount $255 (OHara, Anne) (Entered: 07/27/2006) |
| 07/27/2006 | 43 | Court Notice (related document(s)41 BAP Election filed by Debtor Maria Leonilda Oliveira, 40 Notice of Appeal filed by Debtor Maria Leonilda Oliveira) re: order granting relief from stay doc. 31. (Geraghty, Amy) (Entered: 07/27/2006) |
| 07/28/2006 | 44 | BNC Service of Document. (related document(s)40 Notice of Appeal filed by Debtor Maria Leonilda Oliveira. (Geraghty, Amy) (Entered: 07/28/2006) |
| 07/29/2006 | 45 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 43 Court Notice) Service Date 07/29/2006. (Admin.) (Entered: 07/30/2006) |
| 07/30/2006 | 46 | BNC Certificate of Mailing - PDF Document. (RE:related documents |

| | | |
|---|---|---|
| | | (s) 44 BNC Service of Document) Service Date 07/30/2006. (Admin.) (Entered: 07/31/2006) |
| 07/30/2006 | 47 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 44 BNC Service of Document) Service Date 07/30/2006. (Admin.) (Entered: 07/31/2006) |
| 08/01/2006 | 48 | Chapter 13 Trustee Final Report and Account Filed by Trustee John Boyajian. (Boyajian, John) (Entered: 08/01/2006) |
| 08/07/2006 | | Filed as ProSe flag set (Cory, Lucinda) (Entered: 08/07/2006) |
| 08/14/2006 | 49 | Court Notice of Overdue appellate documents and intent to forward appeal with certificate of default to appellate court. (related document (s)40 Notice of Appeal, filed by Debtor Maria Leonilda Oliveira). Status Check Due by:8/24/2006. (Geraghty, Amy) (Entered: 08/14/2006) |
| 08/16/2006 | 50 | BNC Certificate of Mailing - PDF Document. (RE:related documents (s) 49 Court Notice, ) Service Date 08/16/2006. (Admin.) (Entered: 08/17/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/18/2006 14:39:44 | | | |
| **PACER Login:** | ps0010 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-bk-10440 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

# EXHIBIT B

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

FILED IN CLERKS OFFICE
2006 AUG 17 A 9:50
U.S. BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

**BAP NO. RI 06-033**

**Bankruptcy Case No. 06-10440-ANV**

**MARIA LEONILDA OLIVEIRA,**
**Debtor.**

**MARIA LEONILDA OLIVEIRA,**
**Appellant,**

**v.**

**COUNTRYWIDE HOME LOANS, INC.,**
**Appellee.**

**JUDGMENT**

On August 9, 2006, the Panel issued a Conditional Order of Dismissal due to the Appellant's failure to file a designation of items to be included in the record on appeal and a statement of issues to be presented on appeal in accordance with Fed. R. Bankr. P. 8006 and 1st Cir. BAP R. 8006-1. The Appellant having failed to comply with the Conditional Order of Dismissal, it is hereby **ORDERED** that this appeal is **DISMISSED.**

A certified copy of this order sent to the bankruptcy court shall constitute the mandate of the Panel.

BY THE PANEL:
Richard Cushing Donovan, Clerk

By: ______________________
Stephen B. Turner,
Bankruptcy Appellate Panel Coordinator

Dated: August 17, 2006

[cc: Ms. Oliveira, Mr. Oliveira & Mr. Lovell.]