# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JAMES OLIVEIRA,
MARIA DEOLIVEIRA,
Plaintiffs,

v.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., d/b/a FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. for the benefit of DB Structured Products, Inc., DB STRUCTURED PRODUCTS, INC.
Defendants

Case No.: 1:06-cv-00214-ML

## COUNTRYWIDE HOME LOANS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Countrywide Home Loans, Inc., states that it is a wholly-owned subsidiary of Countrywide Financial Corporation.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., D/B/A FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. FOR THE BENEFIT OF DB STRUCTURED PRODUCTS, INC., DB STRUCTURED PRODUCTS, INC.COUNTRYWIDE HOME LOANS, INC.

By their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Charles A. Lovell
Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 18, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2006, a true copy of the within Corporate Disclosure Statement was sent by regular, first class mail to:

Mr. James Oliveira
56 Greene Street
Pawtucket, RI 02860

Ms. Maria deOliveira
56 Greene Street
Pawtucket, RI 02860

/s/ Debra J. Demartini

872143_1/6301-942