James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| James Oliveira,<br>Maria de Oliveira,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK,<br>INC., DBA FRM NETWORK, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:<br>06-cv-00214-ML-DLM<br><br><br>MOTION TO STRIKE<br>AND MEMORANDUM<br><br>[Appearance Waived] |

MOTION

1. Plaintiffs move to strike Defendants' DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26(f), dated August 10, 2006, and Defendants' AFFIDAVIT OF NONCOMPLIANCE, dated August 10, 2006, for failure to comply with FRCP 7.1.
2. Upon information and belief, the author of the Defendant's Discovery Plan and Affidavit, Charles A. Lovell, has not been admitted to practice in Federal Court.
3. Upon information and belief, the author of the Defendant's Motion, Charles A. Lovell, has not been properly authorized to represent any of the Defendants.
4. Defendants have not yet filed Corporate Disclosure Statement, required by FRCP 7.1, which states:

> **(a) Who Must File: Nongovernmental Corporate Party.**
> A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
> **(b) Time for Filing; Supplemental Filing.**
> A party must:
> (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

(2) promptly file a supplemental statement upon any change in the information that the statement requires.

## MEMORANDUM

5. Statutes and rules mean what they say. Taylor v. Freeland & Kronz, 503 U.S. 638, 644 112 S.Ct. 1644, 118 L.Ed.2d 280 (1992). Rules mean what they say "nothing more, nothing less." Hansen v. State, 592 So.2d 114, 122 (Miss.1991) cert. denied, 112 S.Ct. 1970, 118 L.Ed.2d 570 (1992). "This court assumes that [court rules] mean what they say ... ." Cf. In re Famous Brands, Inc., 347 NW2d 882, 885 (SD 1984) (citation omitted). The court should not have to instruct attorneys that the court rules mean what they say. An attorney practicing before the court is expected to know the rules and abide by them. Chuuk v. Davis, 13 FSM Intrm. 178, 183 (App. 2005). This Court has held that the Federal Rules mean what they say. Leatherman v. Tarrant County Narcotics Intelligence and Coordination Unit, 507 U.S. 163, 166-67 (1993)

6. The First Circuit describes rules as lying "near the epicenter of the judicial process." Reyes-Garcia v. Rodriquez & Del Valle, Inc., 82 F.3d 11, 15 (1st Cir. 1996). By ensuring that all parties obey the same rules, sanctions also help promote a level playing field and foster the even-handed administration of law.

7. Plaintiffs waive hearing on this Motion, and stand on the pleadings. .

## Conclusion

8. For all the foregoing reasons, the Discovery Plan and Affidavit should be stricken.

9. Finally, Plaintiffs are not attorneys and are inexperienced in procedure as practiced in the Federal Courts. If this submission is found wanting in one or more particulars, it is incumbent upon the Court to inform Plaintiffs of the deficiencies, their specifics and assist the Plaintiffs in correcting the submission, and the Plaintiffs hereby respectfully request such assistance.

Respectfully submitted,

James Oliveira [signature] August 17, 2006

James Oliveira

Maria L de Oliveira [signature] August 17, 2006

Maria de Oliveira

**CERTIFICATE OF SERVICE**

I, the undersigned, being over eighteen years of age, hereby certify that on the date last written below, a true and correct copy of the foregoing was served on the following Defendants:

Countrywide Home Loans, Inc.
Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.
DB Structured Products, Inc.
FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC.
c/o PARTRIDGE SNOW & HAHN, LLP
Lisa M. Martinelli
Charles A. Lovell
180 South Main Street
Providence, RI 02903

by United States Postal Service, ordinary first class mail

James Oliveira (signature)
James Oliveira

August 17, 2006