# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JAMES OLIVEIRA,
MARIA DEOLIVEIRA,
Plaintiffs,

v.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., d/b/a FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. for the benefit of DB Structured Products, Inc., DB STRUCTURED PRODUCTS, INC.
Defendants

Case No.: 1:06-cv-00214-ML

## MEMORANDUM IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR ORDER TO DIRECT CLERK TO CORRECT ERROR AND ACCEPT DOCUMENTS FOR FILING NUNC PRO TUNC AS OF AND FOR MAY 15, 2006 AND DECLARATION IN SUPPORT

Now come First Residential Mortgage Network, Inc., d/b/a FRM Network, Inc.; Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc., and DB Structured Products, Inc. (collectively, the "Defendants"), by their attorneys, in support of their Objection to Plaintiffs' Motion for Order and state as follows:

On May 14, 2006, following this Honorable Court's denial of Plaintiffs' Emergency Motion for Temporary Restraining Order, the Plaintiffs filed various documents, including a Notice of Intent to file Interlocutory Appeal, a Demand for Findings of Fact and Conclusions of Law, an Objection to Order denying Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Declaration of James Oliveira of Specific Negative Averment, and a Motion for Reconsideration of Emergency Motion for Temporary Restraining Order and Preliminary Injunction. On May 15, 2006 in an obvious attempt to obtain by bankruptcy filing the stay of foreclosure that this Court had denied to Plaintiffs, Maria DeOliveira filed for bankruptcy protection. Although Ms. DeOliveira's son and co-Plaintiff James Oliveira was not afforded the protection of the automatic stay of bankruptcy, he nonetheless failed to pursue these motions until the instant filing on August 18, 2006, although this Court had returned the above pleadings on June 8, 2006. Plaintiffs have made no

explanation in their Motion for the reason for this delay, although it is obvious that they were relying on the protection of the bankruptcy and chose to be inactive in this Court. It is only now that the bankruptcy has been dismissed under a 180 day bar order due to the debtor's failure to abide by the orders of the Bankruptcy Court, and the dismissal of their appeal to the Bankruptcy Appellate Panel, that the Plaintiffs have returned to this Court in an attempt to relitigate matters which this Court did not find them likely to prevail upon when it denied their Motion for a Temporary Restraining Order.

In their Motion, the Plaintiffs make no reference to any underlying legal authority for the ability to refile these documents or to grant the relief requested therein. Fed. R. Civ. P. 60(b) provides that relief from judgment or order can only be made for six enumerated reasons including mistake, inadvertence, surprise or excusable neglect; newly discovered evidence; fraud; void judgment; satisfaction of judgment; or any other reason justifying relief from the operation of the judgment. The Plaintiffs have failed to supply any reason that the Court's order denying Temporary Restraining should be revisited and is clearly one more example of the dilatory tactics enumerated in Defendants' Motion to Dismiss filed with this Court on August 18, 2006.

Accordingly, Defendants pray that this Honorable Court deny the relief requested by Plaintiffs, both as to the refiling of their documents and to the underlying relief requested therein, and further pray that this Court grant such other and further relief as is just.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., D/B/A FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. FOR THE BENEFIT OF DB STRUCTURED PRODUCTS, INC., DB STRUCTURED PRODUCTS, INC.COUNTRYWIDE HOME LOANS, INC.

By their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Charles A. Lovell

Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 23, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2006, a true copy of the within Memorandum was sent by regular, first class mail to:

Mr. James Oliveira
56 Greene Street
Pawtucket, RI 02860

Ms. Maria deOliveira
56 Greene Street
Pawtucket, RI 02860

/s/ Charles A. Lovell

872619_1/6301-942