James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

FILED
AUG 16 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| James Oliveira, | ) | Case No.: |
| Maria deOliveira, | ).: | **1:06-cv-00214-ML-DLM** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR ORDER** |
| vs. | ) | **TO DIRECT CLERK** |
| | ) | **TO CORRECT ERROR AND** |
| FIRST RESIDENTIAL MORTGAGE NETWORK, | ) | **ACCEPT DOCUMENTS FOR** |
| INC., DBA FRM NETWORK, INC.; et al., | ) | **FILING NUNC PRO TUNC** |
| | ) | **AS OF AND FOR MAY 15, 2006** |
| Defendants. | ) | **AND DECLARATION IN** |
| | ) | **SUPPORT** |

**Motion**

1. Plaintiff moves for an order directing the Clerk to accept and file, nunc pro tunc, the enclosed documents (Motion for Reconsideration of Emergency Motion for Temporary Restraining Order and Preliminary Injunction; and Findings of Fact and Conclusions of Law Demand to support Order Denying Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction), originally submitted on May 15, 2006.

2. The clerk erroneously returned these document for lack of a certificate of service (over the signature of Magistrate David L. Martin).

3. However, the certificates of service were and are included with the documents.

4. True and correct copies of the documents are attached as Exhibits A-D. The original documents will be presented to the clerk for filing after an Order issues. The documents should be considered as having been filed on May 15, 2006.

5. The first document is the Motion for Reconsideration of Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

6. Second is the certificate of service of the above.

7. Third is the Findings of Fact and Conclusions of Law Demand to support Order Denying Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

8. Fourth is the certificate of service of the above.

9. We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. See 28 U.S.C. 1746.

By: James Oliveira DATED: 8 / 15 /2006
James Oliveira, Plaintiff

By: Maria L de Oliveira DATED: 8 / 15 /2006
Maria deOliveira, Plaintiff

James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| James Oliveira,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | Case No.: **06-cv-00214-ML-DLM**<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, being over eighteen years of age, hereby certify that on the date last written below, a true and correct copy of:

**MOTION FOR ORDER TO DIRECT CLERK TO CORRECT ERROR AND ACCEPT DOCUMENTS FOR FILING NUNC PRO TUNC AS OF AND FOR MAY 15, 2006 AND DECLARATION IN SUPPORT, and**

**ORDER**

were served on the following Defendants:

Countrywide Home Loans, Inc.
c/oPARTRIDGE SNOW & HAHN, LLP
Lisa M. Martinelli
Charles A. Lovell
180 South Main Street
Providence, RI 02903
(401) 861-8200 Phone:
(401) 861-8210 Fax:

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC.
C/O CT CORPORATION SYSTEM
1 WEYBOSSET STREET

PROVIDENCE, RI 02903

Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.
C/O PRENTICE_HALL CORP SYSTEM
222 JEFFERSON BOULEVARD, SUITE 200
WARWICK, RI 02888

DB Structured Products, Inc.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

by:

_________OVERNIGHT COURIER, FedEx, Express Mail, UPS, or other
____X___United States Postal Service, ordinary first class mail
_________United States Postal Service, certified or registered mail, return receipt req.
_________Hand delivery
_________Telephone Facsimile (when facsimile number available)
_________other (specify) ____________________________

Dated: August 15, 2006

/s/ James Oliveira
James Oliveira