James Oliveira
56 Greene Street
Pawtucket, Rhode Island 02860

April 19, 2006

Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc.
P.O. Box 2026
Flint, MI 48501-2026 Certified Mail No. 7003-2260-0004-4564-1622

First Residential Mortgage Network
9500 Ormsby Station Rd
Louisville, KY 40223 Certified Mail No. 7003-2260-0004-4564-1639

Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.
7105 Corporate Drive
Plano, TX 75024 Certified Mail No.. 7003-2260-0004-4564-1646

DB Structured Products, Inc.
60 Wall Street
New York, New York 10005 Certified Mail No. 7003-2260-0004-4564-1653

Charles A. Lovell, Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903 Certified Mail No. 7003-2260-0004-4564-1660

# SECOND NOTICE OF RESCISSION

I, James Oliveira, hereby cancel and rescind the loan agreement/note No. 10046020 between myself and First Residential Mortgage Network, Inc., DBA FRM Network, Inc., dated on or about July 14, 2005, secured by Mortgage, recorded 7/21/2005 in the Land Evidence Records of the City of Pawtucket, Rhode Island in Book L2429 at Page 133 on our home at 56 Greene Street, Pawtucket, Rhode Island 02860, legally described in Exhibit "A" of that mortgage (Book L2429 Page 145) as:

File Number: 205060636

That lot of land with the buildings and improvements thereon, situated on the westerly side of Greene Street in the City of Pawtucket, County of Providence, State of Rhode Island, laid out and delineated as Lot No. 85 (eighty-five) on that plat entitled, "Map of the Division of Land on Pleasant View in Pawtucket Belonging to B. F. Greene & H. Daniels Jonathan Chace William H. Gooding Chas. Moies

Commissioners appointed by The Supreme Court March term 1879 Surveyed Nov. 1879 A. R. Sweet, C.E." and recorded in the Records of Land Evidence in the City of Pawtucket on Plat Card 183.

Said lot bounds easterly on Greene Street fifty (50) feet and holding that width extends westerly ninety-five (95) feet to and bounds westerly on land now or lately of David J. Reynolds et al, bounding

northerly on land now or lately of Dosithee E. Sequin et al, and southerly on land now or lately of Samuel M. Scungio et al in part and in part on land now or lately of Mary Skrabonja.

Being the same property conveyed to Maria L. DeOliveira and James Oliveira, by Quitclaim Deed dated January 10, 2005, of record in Book L2280, Page 63, in the Office of the Town Clerk of the City of Pawtucket, Rhode Island. Also, being the same property PREVIOUSLY conveyed to Maria L. deOliveira, by Quitclaim Deed dated June 18, 1998, of record in Book 993 Page 28, by Quitclaim Deed dated June 23, 1998 of record in Book 993 Page 29, and by Consent Judgment dated June 25, 1998, of record in Book 993, Page 30, in the Office aforesaid. Also, being the same property PREVIOUSLY conveyed to James Manuel Oliveira and Carla Orlando Oliveira, by Quitclaim Deed dated April 13, 1996, of record in Book 847, Page 69, in the Office aforesaid. Also, being the same property PRECIOUSLY conveyed to Jaime S. de Oliveira and Maria L. de Oliveira, his wife, by Warranty Deed dated August 14, 1969, of record in Book 672, Page 383, in the Office aforesaid.

Being the same property commonly known as: 56 Greene Street, Pawtucket, Rhode Island 02860

Tax ID No.: Plat 20, Lot 264

Please take all steps necessary to reflect the fact that the trust deed and all security interest on my home has been cancelled and return the money we gave you and anyone else in connection with this transaction within 20 calendar days of your receipt of this notice.

James Oliveira ______________________ Date 4 / 19 / 06
James Oliveira

ACKNOWLEDGMENT IN AN INDIVIDUAL CAPACITY

State of Rhode Island )
) ss.
County of Providence )

This instrument was acknowledged before me on April 19, 2006 by James Oliveira.

Robert H. Gentile ______________________
Notary Public - State of Rhode Island
My commission expires: 6/17/09

Maria L. Oliveira
56 Greene Street
Pawtucket, Rhode Island 02860

April 19, 2006

Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc.
P.O. Box 2026
Flint, MI 48501-2026 Certified Mail No. 7005-2260-0004-4564-1622

First Residential Mortgage Network
9500 Ormsby Station Rd
Louisville, KY 40223 Certified Mail No. 7005-2260-0004-4564-1639

Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.
7105 Corporate Drive
Plano, TX 75024 Certified Mail No. 7005-2260-0004-4564-1646

DB Structured Products, Inc.
60 Wall Street
New York, New York 10005 Certified Mail No. 7005-2260-0004-4564-1653

Charles A. Lovell, Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903 Certified Mail No. 7005-2260-0004-4564-1660

## SECOND NOTICE OF RESCISSION

I, Maria L. Oliveira, hereby cancel and rescind the loan agreement/note No. 10046020 between myself and First Residential Mortgage Network, Inc., DBA FRM Network, Inc., dated on or about July 14, 2005, secured by Mortgage, recorded 7/21/2005 in the Land Evidence Records of the City of Pawtucket, Rhode Island in Book L2429 at Page 133 on our home at 56 Greene Street, Pawtucket, Rhode Island 02860, legally described in Exhibit "A" of that mortgage (Book L2429 Page 145) as:

File Number: 205060636

That lot of land with the buildings and improvements thereon, situated on the westerly side of Greene Street in the City of Pawtucket, County of Providence, State of Rhode Island, laid out and delineated as Lot No. 85 (eighty-five) on that plat entitled, "Map of the Division of Land on Pleasant View in Pawtucket Belonging to B. F. Greene & H. Daniels Jonathan Chace William H. Gooding Chas. Moies

Commissioners appointed by The Supreme Court March term 1879 Surveyed Nov. 1879 A. R. Sweet, C.E." and recorded in the Records of Land Evidence in the City of Pawtucket on Plat Card 183.

Said lot bounds easterly on Greene Street fifty (50) feet and holding that width extends westerly ninety-five (95) feet to and bounds westerly on land now or lately of David J. Reynolds et al, bounding

northerly on land now or lately of Dosithee E. Sequin et al, and southerly on land now or lately of Samuel M. Scungio et al in part and in part on land now or lately of Mary Skrabonja.

Being the same property conveyed to Maria L. DeOliveira and James Oliveira, by Quitclaim Deed dated January 10, 2005, of record in Book L2280, Page 63, in the Office of the Town Clerk of the City of Pawtucket, Rhode Island. Also, being the same property PREVIOUSLY conveyed to Maria L. deOliveira, by Quitclaim Deed dated June 18, 1998, of record in Book 993 Page 28, by Quitclaim Deed dated June 23, 1998 of record in Book 993 Page 29, and by Consent Judgment dated June 25, 1998, of record in Book 993, Page 30, in the Office aforesaid. Also, being the same property PREVIOUSLY conveyed to James Manuel Oliveira and Carla Orlando Oliveira, by Quitclaim Deed dated April 13, 1996, of record in Book 847, Page 69, in the Office aforesaid. Also, being the same property PRECIOUSLY conveyed to Jaime S. de Oliveira and Maria L. de Oliveira, his wife, by Warranty Deed dated August 14, 1969, of record in Book 672, Page 383, in the Office aforesaid.

Being the same property commonly known as: 56 Greene Street, Pawtucket, Rhode Island 02860

Tax ID No.: Plat 20, Lot 264

Please take all steps necessary to reflect the fact that the trust deed and all security interest on my home has been cancelled and return the money we gave you and anyone else in connection with this transaction within 20 calendar days of your receipt of this notice.

Maria L. Oliveira Date 4 / 19 / 06
Maria L. Oliveira

ACKNOWLEDGMENT IN AN INDIVIDUAL CAPACITY

State of Rhode Island )
) ss.
County of Providence )

This instrument was acknowledged before me on April 19, 2006 by Maria L. Oliveira.

Robert H. Garter
Notary Public - State of Rhode Island
My commission expires: 6 / 17 / 09

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DB Structured Products Inc.
60 Wall Street
New York, New York.
10005

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X D. Thomas ☐ Agent ☐ Addressee

B. Received by (Printed Name) D. Thomas C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7003 2260 0004 4564 1653

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7003 2260 0004 4564 1653

NEW YORK, NY 10005

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0861 |
| Certified Fee | 2.40 | |
| Return Reciept Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: BG6SR0 |
| Total Postage & Fees | $ 4.88 | 04/19/06 |

Sent To DB Structured Products, inc.
Street, Apt. No.; or PO Box No. 60 Wall Street
City, State, ZIP+4 New York, NewYork 10005

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles A Lovell
Patridg Snow 3 Hahn LLP
180 South Main Street
Providence RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [signature]

C. Date of Delivery APR 2 0 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered [redacted]
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service lab 7003 2260 0004 4564 1660

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

7003 2260 0004 4564 1660

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

PROVIDENCE, RI - 02903

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0861 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | Clerk: BGGSR0 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.88 | 04/19/06 |

Sent To Charles A Lovell, Patridge Snow 3 Hahn LLP
Street, Apt. No.; or PO Box No. 180 South Main Street
City, State, ZIP+4 Providence, RI 02903

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mortgage Electronic Registration Systems, Inc as nominee for Countrywide Home Loans Inc.
P.O. Box 2026
Flint, MI 48501-2026

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X David J. Newell ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) DAVID J. NEWELL
C. Date of Delivery APR 2 2 2006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service l*abel) 7003 2260 0004 4564 1622

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

7003 2260 0004 4564 1622

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

FLINT, MI 4850

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0861 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: BGGSR0 |
| Total Postage & Fees | $ 4.88 | 04/17/06 |

Sent To
Mortgage Electronic Registration System, Inc
Street, Apt. No.; or PO Box No. PO Box 2026
City, State, ZIP+4 Flint, MI 48501-2026

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
First Residential Mortgage Network
9500 Ormsby Station Rd
Louisville KY 40223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 042406

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 2260 0004 4564 1639

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7003 2260 0004 4564 1639

LOUISVILLE, KY 40223

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0861 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: RGGSRO |
| Total Postage & Fees | $ 4.88 | 04/19/06 |

Sent To First Residential Mortgage Network
Street, Apt. No.; or PO Box No. 9500 Ormsby Station Rd
City, State, ZIP+4 Louisville, KY 40223

PS Form 3800, June 2002 See Reverse for Instructions

7003 2260 0004 4564 1646

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PLANO, TX 75024

| | | |
|---|---|---|
| Postage | $ 0.63 | UNIT ID: 0061 |
| Certified Fee | 2.40 | |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: RGGSR0 |
| Total Postage & Fees | $ 4.88 | 04/19/06 |

Sent To
Countrywide Home Loans, Inc. for the benefit of
Street, Apt. No.; or PO Box No. 7105 Corporate Drive
City, State, ZIP+4 Plano TX 75024

PS Form 3800, June 2002 See Reverse for Instructions

PSH

For questions regarding this file, please call (401) 861-8293.

July 25, 2006

Mr. James Oliveira
56 Greene Street
Pawtucket, Rhode Island 02860

NOTICE OF FORECLOSURE

You are hereby notified that the property described in the enclosed copy of the advertisement to be published in The Providence Journal and The Times will be sold at public auction on the premises on September 12, 2006, at 11:00 a.m. local time, pursuant to the power of sale contained in a mortgage dated July 14, 2005, given to Mortgage Electronic Registration Systems, Inc., as nominee for First Residential Mortgage Network, Inc., d/b/a FRM Network, Inc. and currently held by Countrywide Home Loans, Inc., for the benefit of DB Structured Products, Inc., as mortgagee, by James Oliveira and Maria L. DeOliveira, as mortgagors. Please be advised that upon foreclosure you will be liable for any deficiency which may arise after the amount of the selling price of the property has been credited against the amount due, including all expenses, under the note and mortgage.

Pursuant to paragraph 19 of your mortgage, you have the right to reinstate your loan notwithstanding any acceleration by paying to us all sums which would then be due under your mortgage had no acceleration occurred, plus our attorneys' fees and other reasonable costs of proceedings which have been incurred as of the date of such payment. This right to reinstate your mortgage loan may only be exercised in accordance with paragraph 19 of the mortgage prior to the fifth day before the sale of the property pursuant to the power of sale. Also, you may seek remedy through court action to assert the nonexistence of a default or any other defense you may have to acceleration and sale of the property. However, failure to respond to this letter may result in the loss of your property and may leave you subject to suit for a deficiency judgment.

We are sending you this notice to provide you with a final opportunity to take action to protect your interest in the premises before the sale. If you were a borrower of this loan prior to the filing of a bankruptcy in which you received a discharge, and if this loan was not reaffirmed in the bankruptcy case, the mortgagee is exercising its in rem rights against the property as allowed under applicable law and is not attempting any act to collect, recover or offset the discharged debt as your personal liability.

868725_1/6301-942

The law firm of Partridge Snow & Hahn LLP collects debts for mortgage lenders. Any information obtained in this regard will be used for that purpose.

COUNTRYWIDE HOME LOANS, INC., AS SERVICER FOR COUNTRYWIDE HOME LOANS, INC., FOR THE BENEFIT OF DB STRUCTURED PRODUCTS, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

By: ______________________
Charles A. Lovell

CAL/MER/pmk
Loan Number: 94728651
Enclosure
**CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**

cc: Ms. Vimbai Gopito

# MORTGAGEE'S SALE

56 Greene Street
Pawtucket, Rhode Island

Will be sold at public auction on September 12, 2006, at 11:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by JAMES OLIVEIRA and MARIA L. DEOLIVEIRA, dated July 14, 2005, and recorded in the Records of Land Evidence of the City of Pawtucket, State of Rhode Island, in Book 2429, Page 133, the conditions of said mortgage having been broken:

> That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 2429 at Page 133.

The above premises will be sold subject to all taxes, assessments, and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies, and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check, or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

PARTRIDGE SNOW & HAHN LLP

Attorneys for Holder of the Mortgage
180 South Main Street
Providence, Rhode Island 02903
(401) 861-8293

6301-942
/1
868725 1/6301-942

for lien thereon, and will be conveyed sub- to any restrictions and easements of record, s concerning said realty and rights of re- ption for unpaid federal taxes, if any, as ll, notwithstanding this provision, constitute d liens or encumbrances thereon after said .

ns of sale shall include a down payment of Thousand ($10,000.00) Dollars upon the eptance of the successful bid, payable in n or by bank certified check at the time and e of sale. The balance shall be paid by the chaser by certified, bank treasure's or cash- check within thirty (30) days after the date e sale. Other terms and conditions to be an- nced immediately prior to said sale.

order of the holder of the mortgage which s notice of its intention to bid at such sale ny postponement or adjournment thereof.

**HARMON LAW OFFICES, P.C.**
**Kathryn A. Fyans, Esquire**
**Attorney for the Holder of the Mortgage**
**150 California Street**
**Newton, MA 02458**
**(617)558-0500**

---

**MORTGAGE FORECLOSURE SALE**

0 Heroux Boulevard, Unit 107 Cumberland, Rhode Island 02864

be sold at public auction on September 12, 6 at 9:00 AM local time on the premises by ue of the power of sale contained in a mort- e made and executed by Patrick Mahoney d October 13, 2004 and recorded on Octo- 13, 2004 in the Records of Land Evidence of Town/City of Cumberland, State of Rhode Is- l, in Book 1231 at page 533, the conditions aid mortgage having been broken:

t certain tract or parcel of land with all build- s and improvements thereon more particu- described in said mortgage recorded in l Book 1231 at page 533.

above premises will be sold subject to all es, assessments, and other encumbrances ch may constitute a prior lien thereon, and be conveyed subject to any easements and riction of record and rights of redemption unpaid Federal Taxes, if any, as shall, not standing this provision, constitute valid li- or encumbrances thereon after said sale.

ms of sale deposit of Five Thousand ,000.00) Dollars in cash, certified or bank ck at time and place of sale. Other terms and ditions will be announced at the sale.

order of the holder of the mortgage, who eby gives notice of intention to bid at said or any postponement thereof, or adjourn- nt thereof.

**Nicholas Barrett**
**Attorney for the Holder Of the Mortgage**
**999 South Broadway**
**East Providence, Rhode Island 02914**
**(401) 438-9000**

The above premises will be sold subject to all taxes, assessments, and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies, and rights of redemption for unpaid federal taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: a deposit of Ten Thousand Dollars ($10,000.00) in cash or certified check or bank check at the time and place of sale. The balance shall be paid by certified check, or bank check within thirty (30) days after the date of the sale. Other terms and conditions to be announced immediately prior to said sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

**ABLITT & CHARLTON, P.C.**, Attorney for the Holder of the Mortgage, 92 Montvale Avenue, Suite 2950, Stoneham, MA 02180, (781) 246-8995 (122.0120/Daniels)(08/28/06, 09/04/06, 09/11/06)(70914)

---

**MORTGAGEE'S SALE**

56 Green Street
Pawtucket, Rhode Island

Will be sold at public auction on September 12, 2006, at 11:00 a.m. local time, on the premises, by virtue of the power of sale contained in a mortgage made by JAMES OLIVEIRA and MARIA L. DeOLIVEIRA, dated July 14, 2005, and recorded in the Records of Land Evidence of the City of Pawtucket, State of Rhode Island, in Book 2429, Page 133, the conditions of said mortgage having been broken:

That certain parcel of land with all buildings and improvements thereon more particularly described in said mortgage deed recorded in said Book 2429 at Page 133.

The above premises will be sold subject to all taxes, assessments, and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements, restrictions of record, tenancies, and rights of redemption for unpaid federal taxes, if any, as shall notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale: deposit of Five Thousand Dollars ($5,000.00) in cash, certified check, or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement or adjournment thereof.

**PARTRIDGE SNOW &HAHN LLP**
**Attorneys for Holder of the Mortgage**
**180 South Main Street**
**Providence, Rhode Island 02903**
**(401)861-8293**