**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JAMES OLIVEIRA,<br>MARIA DEOLIVEIRA,<br>Plaintiffs,<br><br>v.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., d/b/a FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. for the benefit of DB Structured Products, Inc., DB STRUCTURED PRODUCTS, INC.<br>Defendants | Case No.: 1:06-cv-00214-ML |

**COMBINED OBJECTION TO PLAINTIFFS' RENEWED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND TO PLAINTIFFS' MOTION TO VACATE ORDER**

Now come First Residential Mortgage Network, Inc., d/b/a FRM Network, Inc.; Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc., and DB Structured Products, Inc. (collectively, the "Defendants"), by their attorneys, and object to Plaintiffs' Motions. As grounds therefor, Defendants rely on the following documents previously filed with this Honorable Court:

1. Affidavit of Non-Compliance filed August 10, 2006;
2. Motion to Dismiss with supporting Memorandum filed August 18, 2006; and
3. Response to Plaintiffs' Motion for Order to Direct Clerk with supporting Memorandum filed August 23, 2006.

Defendants further state that there has been no change in the facts or circumstances of this case since the original temporary restraining order hearing held on May 11, 2006 that would entitle Plaintiffs to relief under Fed. R. Civ. P. 60.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., D/B/A FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. FOR THE BENEFIT OF DB STRUCTURED PRODUCTS, INC., AND DB STRUCTURED PRODUCTS, INC.

By their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Charles A. Lovell
Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2006, a true copy of the within Combined Objection was sent by regular, first class mail to:

Mr. James Oliveira
56 Greene Street
Pawtucket, RI 02860

Ms. Maria deOliveira
56 Greene Street
Pawtucket, RI 02860

/s/ Charles A. Lovell

873739_1/6301-942