James Oliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| James Oliveira,<br>Maria deOliveira,<br><br>Plaintiffs,<br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>**ORDER**<br><br>Defendants. | Case No.: **1:06-cv-00214-ML-DLM**<br><br>**FINDINGS OF FACT**<br>**AND**<br>**CONCLUSIONS OF LAW DEMAND**<br><br>**TO SUPPORT ORDER DENYING PLAINTIFF'S <u>RENEWED</u> EMERGENCY MOTION FOR TEMPORARY RESTRAINING**<br>**AND PRELIMINARY INJUNCTION**<br><br>Pursuant to Federal Rules Civil Procedure No.52] |

In accordance with Federal Rules Civil Procedure 52, Plaintiff Oliveira hereby timely files "FINDINGS OF FACT AND CONCLUSIONS OF LAW DEMAND TO SUPPORT ORDER DENYING PLAINTIFFS' **RENEWED** EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION". Plaintiffs hereby demand The Honorable Mary M. Lisi, United Stated District Court Judge, for the District of Providence Rhode Island, prepare and serve upon Plaintiffs Findings of Fact and Conclusions of Law to support Order signed on September 9, 2006 denying Plaintiff's **RENEWED** emergency motion for temporary restraining order and preliminary injunction pending resolution of **VERIFIED COMPLAINT** filed

restraining order and preliminary injunction pending resolution of **VERIFIED COMPLAINT** filed by Plaintiffs on May 9, 2006 in the above caption matter **prior** to completion of foreclosure sale by Defendant Countrywide Home Loans, Inc. by and through the law firm PARTRIDGE SNOW & HAHN, LLP, as in the nature of and as outlined in FRCP 52.

Executed on this _____day of September 11, 2006,

James Oliveira, Plaintiff