James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

James Oliveira, ) Case No.: **1:06-cv-00214-ML-DLM**
Plaintiff,
vs. **CERTIFICATE OF SERVICE**

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,
Defendants.

I, the undersigned, being over eighteen years of age, hereby certify that on the date last written below, a true and correct copy of:

**FINDINGS OF FACT AND CONCLUSIONS OF LAW DEMAND TO SUPPORT ORDER DENYING PLAINTIFF'S RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

was served on the following Defendants via fax or First Class U.S. Mail:

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC.
DB Structured Products, Inc.
Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.
Countrywide Home Loans, Inc.
c/oPARTRIDGE SNOW & HAHN, LLP
Lisa M. Martinelli and Charles A. Lovell
180 South Main Street
Providence, RI 02903
(401) 861-8200 Phone:
(401) 861-8210 Fax:

Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

Dated: September 11, 2006 /s/ James Oliveira
James Oliveira