# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES OLIVEIRA,<br>MARIA DEOLIVEIRA,<br>Plaintiffs,<br><br>v.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., d/b/a FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. for the benefit of DB Structured Products, Inc., DB STRUCTURED PRODUCTS, INC.<br>Defendants | Case No.: 1:06-cv-00214-ML |

**COMBINED OBJECTION TO PLAINTIFFS' SECOND RENEWED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF RENEWED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

Now come First Residential Mortgage Network, Inc., d/b/a FRM Network, Inc.; Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc., and DB Structured Products, Inc. (collectively, the "Defendants"), by their attorneys, and object to Plaintiffs' Motions. As grounds therefor, Defendants rely on the following documents previously filed with this Honorable Court:

1. Affidavit of Non-Compliance filed August 10, 2006;
2. Motion to Dismiss with supporting Memorandum filed August 18, 2006;
3. Response to Plaintiffs' Motion for Order to Direct Clerk with supporting Memorandum filed August 23, 2006; and
4. Combined Objection filed August 30, 2006

Defendants further state that Plaintiffs' Motions are moot, since the foreclosure that Plaintiffs were attempting to enjoin has already taken place and was conducted on September 12, 2006.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., D/B/A FRM NETWORK, INC., COUNTRYWIDE HOME LOANS, INC. FOR THE BENEFIT OF DB STRUCTURED PRODUCTS, INC., AND DB STRUCTURED PRODUCTS, INC.

By their Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Charles A. Lovell

Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: September 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2006, a true copy of the within Combined Objection was sent by regular, first class mail to:

Mr. James Oliveira
56 Greene Street
Pawtucket, RI 02860

Ms. Maria deOliveira
56 Greene Street
Pawtucket, RI 02860

/s/ Charles A. Lovell