James Oliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| James Oliveira,<br>Maria deOliveira,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | Case No.: **06-cv-00214-ML-LDA** |

## __AMENDED__ CERTIFICATE OF SERVICE

The purpose of this __Amended__ Certificate of Service is to correct the date of service. I just discovered that the following documents, which I served by mail on September 13, 2006, were incorrectly certified to have been served on September 11, 2006. True copies of the previously filed Certificates of Service are attached.

I hereby certify that I served :

**MOTION FOR RECONSIDERATION OF RENEWED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION, and**

**FINDINGS OF FACT AND CONCLUSIONS OF LAW DEMAND TO SUPPORT ORDER DENYING PLAINTIFF'S __RENEWED__ EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

by sending a true and correct copy thereof, thereby certified as such, by depositing postage paid First Class U. S. Mail to the following attorneys at the addresses indicated below on the 13th day of September, 2006.

**Countrywide Home Loans, Inc.**
**DB Structured Products, Inc.**
**First Residential Mortgage Network, Inc.**
c/o Attorneys for above defendants:
**Lisa M. Martinelli**
**Charles A. Lovell**
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)

Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

Executed on this 21 day of September, 2006,

By: James Oliveira
James Oliveira, Plaintiff

James Oliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

James Oliveira,
Maria deOliveira,

Plaintiffs,

vs.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,

Defendants.

Case No.: **06-cv-00214-ML-LDA**

CERTIFICATE OF SERVICE

The undersigned certifies that on the date last written below I served a true copy of:

MOTION FOR RECONSIDERATION OF RENEWED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

on the following parties by fax and/or U.S. first class mail, postage prepaid:

**Countrywide Home Loans, Inc.**
**DB Structured Products, Inc.**
**First Residential Mortgage Network, Inc.**
c/o Attorneys for above defendants:
**Lisa M. Martinelli**
**Charles A. Lovell**
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200

(401) 861-8210 (fax)

Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

Executed on this 11 day of September, 2006,

By: ______________________
James Oliveira, Plaintiff

James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

James Oliveira,

Plaintiff,

vs.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,

Defendants.

Case No.: **1:06-cv-00214-ML-DLM**

**CERTIFICATE OF SERVICE**

I, the undersigned, being over eighteen years of age, hereby certify that on the date last written below, a true and correct copy of:

**FINDINGS OF FACT AND CONCLUSIONS OF LAW DEMAND TO SUPPORT ORDER DENYING PLAINTIFF'S RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

was served on the following Defendants via fax or First Class U.S. Mail:

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC.
DB Structured Products, Inc.
Countrywide Home Loans, Inc. for the benefit of DB Structured Products, Inc.
Countrywide Home Loans, Inc.
c/oPARTRIDGE SNOW & HAHN, LLP
Lisa M. Martinelli and Charles A. Lovell
180 South Main Street
Providence, RI 02903
(401) 861-8200 Phone:
(401) 861-8210 Fax:

Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

Dated: September 11, 2006

/s/ James Oliveira
James Oliveira