James Oliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| James Oliveira,<br>Maria deOliveira,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | Case No.: **06-cv-00214-ML-LDA** |

DECLARATION OF JAMES OLIVEIRA

I, James Oliveira, declare:

1. On September 13, 2006, I submitted a document entitled MOTION FOR RECONSIDERATION OF RENEWED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION to the Court for filing, along with a Certificate of Service.
2. The Certificate of Service was incorrectly dated September 11, 2006.
3. I certify that a true and correct copy of the Certificate of Service is attached to this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21 day of September, 2006,

By: [signature]
James Oliveira, Plaintiff

James Oliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| James Oliveira,<br>Maria deOliveira,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | ) | Case No.: **06-cv-00214-ML-LDA** |

CERTIFICATE OF SERVICE

The undersigned certifies that on the date last written below I served a true copy of:

MOTION FOR RECONSIDERATION OF RENEWED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

on the following parties by fax and/or U.S. first class mail, postage prepaid:

**Countrywide Home Loans, Inc.**
**DB Structured Products, Inc.**
**First Residential Mortgage Network, Inc.**
c/o Attorneys for above defendants:
**Lisa M. Martinelli**
**Charles A. Lovell**
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200

(401) 861-8210 (fax)

Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

Executed on this 11 day of September, 2006,

By: ______________________
James Oliveira, Plaintiff

James Oliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

James Oliveira,
Maria deOliveira,

Plaintiffs,

vs.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,

Defendants.

Case No.: **06-cv-00214-ML-LDA**

CERTIFICATE OF SERVICE

I hereby certify that on the date last written below I served a copy of

"DECLARATION OF JAMES OLIVEIRA"

by sending a true and correct copy thereof, thereby certified as such, by depositing postage paid First Class U. S. Mail to the following parties at the addresses indicated below:

**Countrywide Home Loans, Inc.**
**DB Structured Products, Inc.**
**First Residential Mortgage Network, Inc.**
c/o Attorneys for above defendants:
**Lisa M. Martinelli**
**Charles A. Lovell**
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

Executed on September 21, 2006,

By: [signature]
James Oliveira, Plaintiff