James Oliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| James Oliveira,<br>Maria deOliveira,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: **06-cv-00214-ML-LDA** |

CERTIFICATE OF SERVICE

I hereby certify that on the date last written below I served :

**Amended** Certificate of Service

by sending a true and correct copy thereof, thereby certified as such, by depositing postage paid First Class U. S. Mail to the following parties at the addresses indicated below:

**Countrywide Home Loans, Inc.**
**DB Structured Products, Inc.**
**First Residential Mortgage Network, Inc.**
c/o Attorneys for above defendants:
**Lisa M. Martinelli**
**Charles A. Lovell**
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

(401) 861-8200
(401) 861-8210 (fax)

Executed on this 21 day of September, 2006,

By: James Oliveira
James Oliveira, Plaintiff