plus attached

James Oliveira
Maria deOliveira
56 Greene Street
Pawtucket, Rhode Island 02860

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

James Oliveira,
Maria deOliveira,

Plaintiffs,

vs.

FIRST RESIDENTIAL MORTGAGE NETWORK, INC., DBA FRM NETWORK, INC., et al.,

Defendants.

Case No.: **1:06-cv-00214-ML-DLM**

**MOTION FOR RECONSIDERATION OF RENEWED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

Denied. Mary M. Lisi USDJ 9/22/06

1. Plaintiff James Oliveira timely files "MOTION FOR RECONSIDERATION OF RENEWED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION" and request the Court to reconsider plaintiffs renewed motion for preliminary injunction in the above captioned matter pending resolution of plaintiff VERIFIED COMPLAINT on the basis of: a) substantial hardship, b) in order to prevent an injustice and c) on information submitted to the Court by Declaration of James Oliveira of Specific Negative Averment (Docket #8, filed May 15, 2006) and d) on information submitted to the Court by Declaration (Docket #3, #27 and #29), all of which documents are incorporated by reference as if fully set forth herein.

Executed on this 11 day of September, 2006,

James Oliveira

James Oliveira, Plaintiff