**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**James Oliveira,**
**Maria deOliveira,**
**Plaintiffs,**

**v.** **C.A. 06-214ML**

**First Residential Mortgage Network, Inc., d/b/a FRM Network Inc.; Countrywide Home Loans, Inc., for the benefit of DB Structured Products, Inc.; DB Structured Products, Inc.**
**Defendants.**

**JUDGMENT**

**[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for defendants First Residential Mortgage Network, Inc., d/b/a FRM Network Inc.; Countrywide Home Loans, Inc., for the benefit of DB Structured Products, Inc.; and, DB Structured Products, Inc., against plaintiffs James Oliveira and Maria deOliveira, pursuant to this Court's order in open court on September 26, 2006, granting the defendants' motion to dismiss the Complaint, with prejudice.**

Enter:

Deputy Clerk

DATED: **September 26, 2006**